# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KIANA PHILLIPS,<br><br>                Defendant. | CASE NO. 8:20CR0202<br><br>**SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE** |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_/s/ Kiana Phillips_
Kiana Phillips, Defendant

November 18, 2022
Date

_/s/ Jeffrey L. Thomas_
Jeffrey L. Thomas, Attorney for Defendant

November 21, 2022
Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 21st day of November, 2022.

BY THE COURT:

_/s/_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT